1

2

3

4

5

6

7

8

# UNITED STATES DISTRICT COURT

9

EASTERN DISTRICT OF CALIFORNIA

10

11  JANE TATUM,                                    Case No. 1:19-cv-01263-SAB

12          Plaintiff,                             ORDER GRANTING APPLICATION TO
                                                   PROCEED IN FORMA PAUPERIS AND
13       v.                                        DIRECTING CLERK OF COURT TO ISSUE
                                                   SUMMONS
14  COMMISSIONER OF SOCIAL SECURITY,
                                                   (ECF Nos. 1, 2)
15          Defendant.

16

17          Plaintiff Jane Tatum ("Plaintiff") seeks judicial review of a final decision of the

18  Commissioner of Social Security ("Commissioner" or "Defendant") denying an application for

19  disability benefits pursuant to the Social Security Act.  On September 10, 2019, Plaintiff filed an

20  application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.  (ECF No. 2.)  Plaintiff's

21  application to proceed in forma pauperis demonstrates entitlement to proceed without

22  prepayment of fees and shall be granted.  Plaintiff is hereby directed to paragraph 1 of the

23  scheduling order to be issued in this action, which directs that the summons and complaint shall

24  be served **within 20 days of the filing of the complaint**.  Plaintiff shall promptly file proof of

25  service with the Court upon completion of service.

26  ///

27  ///

28  ///

1

1     Accordingly, IT IS HEREBY ORDERED THAT:

2     1.     Plaintiff's application to proceed in forma pauperis is GRANTED;

3     2.     The Clerk of Court is DIRECTED to issue a summons; and

4     3.     The United States Marshal is DIRECTED to serve a copy of the complaint,

5     summons, and this order upon the defendant if requested by the plaintiff.

6

7 IT IS SO ORDERED.

8 Dated:    **September 12, 2019**

UNITED STATES MAGISTRATE JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2