# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE TATUM,<br><br>    Plaintiff,<br><br>    v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | Case No. 1:19-cv-01263-SAB<br><br>ORDER RE STIPULATION FOR EXTENSION OF TIME TO FILE LETTER BRIEF<br><br>(ECF No. 13) |

On March 23, 2020, a stipulation was filed to extend time for Plaintiff to serve her confidential letter brief in this matter. The Court finds good cause to grant the request. Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's confidential letter brief shall be served on or before **April 22, 2020**;
2. Defendant's confidential letter brief shall be served on or before **May 27, 2020**;
3. Plaintiff's opening brief shall be filed on or before **June 26, 2020**;
4. Defendant's response to Plaintiff's opening brief shall be filed on or before **July 27, 2020**; and
5. Plaintiff's reply, if any, shall be filed on or before **August 11, 2020**.

IT IS SO ORDERED.

Dated:   **March 23, 2020**

UNITED STATES MAGISTRATE JUDGE

1