# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE ASHLEY TATUM,<br><br>  Plaintiff,<br><br>  v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>  Defendant. | Case No.  1:19-cv-01263-SAB<br><br>ORDER RE STIPULATION FOR THE AWARD AND PAYMENT OF ATTORNEY FEES AND EXPENSES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT<br><br>(ECF No. 29) |

On December 23, 2020, an order issued granting in part Plaintiff Jane Ashley Tatum's social security appeal and remanding for further proceedings and judgment was entered.  (ECF Nos. 27, 28.)  On March 16, 2021, a stipulation was filed to award attorney fees and expenses in the amount of nine thousand one-hundred dollars ($9,100.00) under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d).

Accordingly, pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that fees and expenses in the amount of nine thousand one-hundred dollars as authorized by 28 U.S.C. § 2412 are awarded subject to the terms of the stipulation.

IT IS SO ORDERED.

Dated: **March 16, 2021**

UNITED STATES MAGISTRATE JUDGE